IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CARTOON NETWORK, INC., a Delaware corporation,<br><br>*Defendant*. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:14-cv-00484-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant The Cartoon Network, Inc. ("Cartoon Network") and Plaintiff Mark Ellis ("Plaintiff"), by and through their undersigned counsel, hereby file this Consent Motion for Extension of Time for Defendant to Answer, Move, or Otherwise Respond to the Complaint.

Plaintiff filed the Class Action Complaint and Demand for Jury Trial (the "Complaint") in this action on February 19, 2014.  Cartoon Network was served with the Complaint and summons on February 25, 2014.  Pursuant to Federal Rule of Civil Procedure 12, Cartoon Network's deadline to answer, move, or otherwise respond is currently March 18, 2014.  Cartoon Network respectfully requests that

the time in which it has to answer, move, or otherwise respond to the Complaint be extended through and including April 25, 2014. Plaintiff consents to Cartoon Network's request for extension of time. A proposed Order is attached hereto.

Respectfully submitted, this 7th day of March, 2014.

/s/ James A. Lamberth
James A. Lamberth
Georgia Bar No. 431851
james.lamberth@troutmansanders.com
Alan W. Bakowski
Georgia Bar No. 373002
alan.bakowski@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia  30308-2256
(404) 885-3000 (voice)
(404) 962-3900 (facsimile)

***Attorneys for Defendant The Cartoon Network, Inc.***

/s/ Benjamin H. Richman
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
(312) 589-6370 (voice)
(312) 589-6378 (facsimile)

Jennifer Auer Jordan
Georgia Bar No. 027857
jennifer@thejordanfirm.com

2

THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 30309
(404) 445-8400 (voice)
(404) 445-8477 (facsimile)

*Attorneys for Plaintiff Mark Ellis and the Putative Class*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2014, I electronically filed the foregoing CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Jennifer Auer Jordan
>THE JORDAN FIRM, LLC
>Suite 880
>1447 Peachtree Street, N.E.
>Atlanta, GA 30309
>
>Benjamin H. Richman
>Rafey S. Balabanian
>EDELSON PC
>350 North LaSalle Street, Suite 1300
>Chicago, IL 60654

This 7th day of March, 2014.

>/s/ James. A. Lamberth
>James A. Lamberth
>Georgia Bar No. 431851
>TROUTMAN SANDERS LLP
>600 Peachtree Street, N.E., Suite 5200
>Atlanta, Georgia 30308-2256
>(404) 885-3000 (voice)
>(404) 962-3900 (facsimile)