IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| *v.* | ) ) | Case No. 1:14-cv-00484-TWT |
| THE CARTOON NETWORK, INC., a Delaware corporation, | ) ) ) | |
| *Defendant.* | ) ) ) | |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to N.D. Ga. Local Rule 3.3, Defendant The Cartoon Network, Inc.

("TCN, Inc.") hereby submits this Certificate of Interested Persons and Corporate

Disclosure Statement.

(1)     The undersigned counsel of record for TCN, Inc. certifies that the

following is a full and complete list of all parties in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the

stock of a party:

(a)     Plaintiff: Mark Ellis.

(b)     Defendant:  TCN, Inc., a Delaware corporation, is a direct,

wholly-owned subsidiary of TEN Network Holding, Inc. (f/k/a TEN Investment

Company, Inc.), which is a direct, wholly-owned subsidiary of Turner

Entertainment Networks, Inc.  Turner Entertainment Networks, Inc. is a direct,

wholly-owned subsidiary of Turner Broadcasting System, Inc.  Turner

Broadcasting System, Inc. is a direct, wholly-owned subsidiary of Historic TW

Inc., which is a direct, majority-owned subsidiary of Time Warner Inc., a publicly-

traded Delaware company.  No entity or person owns more than 10% of Time

Warner Inc.'s issued outstanding common stock.

(2)    The undersigned further certifies that the following is a full and

complete list of all other persons, associations, firms, partnerships or corporations

having either a financial interest in or other interest which could be substantially

affected by the outcome of this particular case:

(a)    Plaintiff:  Unknown to TCN, Inc.

(b)    Defendant:  None.

(3)    The undersigned further certified that the following is a full and

complete list of all persons serving as attorneys for the parties in this proceeding:

(a)    Plaintiff: Jennifer Auer Jordan, Benjamin H. Richman, and

Rafey S. Balabanian.

(b)    Defendant: James A. Lamberth and Alan W. Bakowski.

Submitted this 7th day of March, 2014.

/s/ Alan W. Bakowski
James A. Lamberth
Georgia Bar No. 431851
james.lamberth@troutmansanders.com
Alan W. Bakowski
Georgia Bar No. 373002
alan.bakowski@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia  30308-2256
(404) 885-3000 (voice)
(404) 962-3900 (facsimile)

***Attorneys for The Cartoon Network, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2014, I electronically filed the foregoing

CERTIFICATE OF INTERESTED PERSONS AND CORPORATE

DISCLOSURE STATEMENT with the Clerk of Court using the CM/ECF system,

which will send a notice of electronic filing to the following counsel of record:

> Jennifer Auer Jordan
> THE JORDAN FIRM, LLC
> Suite 880
> 1447 Peachtree Street, N.E.
> Atlanta, GA 30309
>
> Benjamin H. Richman
> Rafey S. Balabanian
> EDELSON PC
> 350 North LaSalle Street, Suite 1300
> Chicago, IL 60654

This 7th day of March, 2014.

> /s/ Alan W. Bakowski
> Alan W. Bakowski
> Georgia Bar No. 373002
> alan.bakowski@troutmansanders.com
> TROUTMAN SANDERS LLP
> 600 Peachtree Street, N.E., Suite 5200
> Atlanta, Georgia  30308-2256
> (404) 885-3000 (voice)
> (404) 962-3900 (facsimile)