IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) ) | |
| *v.* | ) ) | Case No. 1:14-cv-00484-TWT |
| THE CARTOON NETWORK, INC., a Delaware corporation, | ) ) ) ) | |
| *Defendant.* | ) ) ) | |

## MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT

Defendant The Cartoon Network, Inc. ("Defendant") hereby files this Motion to Dismiss Plaintiff's Class Action Complaint. Defendant moves to dismiss Plaintiff's Class Action Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6) and for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). As explained more fully in the accompanying memorandum of law filed contemporaneously herewith, Plaintiff's allegations fail to show that Defendant has violated the Video Privacy Protection Act, 18 U.S.C. § 2710, by disclosing the Plaintiff's "personally identifiable information" and also fail to show that Plaintiff has suffered injury sufficient to confer standing to sue for a violation of the Act.

1

Accordingly, the Court should dismiss Plaintiff's Class Action Complaint.

Respectfully submitted, this 25th day of April, 2014.

/s/ James A. Lamberth
James A. Lamberth
Georgia Bar No. 431851
james.lamberth@troutmansanders.com
Alan W. Bakowski
Georgia Bar No. 373002
alan.bakowski@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia  30308-2256
(404) 885-3000 (voice)
(404) 962-3900 (facsimile)

Marc Zwillinger
(admitted *pro hac vice*)
marc@zwillgen.com
Jon Frankel
(admitted *pro hac vice*)
jon@zwillgen.com
Jeffrey Landis
(admitted *pro hac vice*)
jeff@zwillgen.com
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
(202) 706-5205 (telephone)
(202) 706-5298 (facsimile)

***Attorneys for Defendant Cartoon Network, Inc.***

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2014, I electronically filed the foregoing MOTION TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record:

>Jennifer Auer Jordan
>THE JORDAN FIRM, LLC
>Suite 880
>1447 Peachtree Street, N.E.
>Atlanta, GA 30309
>
>Benjamin H. Richman
>Rafey S. Balabanian
>James Dominick Larry
>EDELSON PC
>350 North LaSalle Street, Suite 1300
>Chicago, IL 60654

This 25th day of April, 2014.

>/s/ James. A. Lamberth
>James A. Lamberth
>Georgia Bar No. 431851
>TROUTMAN SANDERS LLP
>600 Peachtree Street, N.E., Suite 5200
>Atlanta, Georgia 30308-2256
>(404) 885-3000 (voice)
>(404) 962-3900 (facsimile)