IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> THE CARTOON NETWORK, INC., a Delaware corporation, <br><br> *Defendant*. | Case No. 1:14-cv-00484-TWT |

## CONSENT ORDER

Having considered the parties' Consent Motion for Extension of Time, it is hereby

**ORDERED** that the Consent Motion for Extension of Time is GRANTED. Cartoon Network shall have through and including June 6, 2014 to answer, move, or otherwise respond to the Amended Complaint. Plaintiff shall have through and including June 27, 2014 to file a response in opposition to any motion filed by Cartoon Network.  Cartoon Network shall have through and including July 18, 2014 to file a reply in support of any motion it files.  The parties shall have through and including June 13, 2014 to file their Joint Preliminary Report and Discovery Plan.

- 2 -

**SO ORDERED** this 28th day of May, 2014.

<u>/s/Thomas W. Thrash</u>
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

Consented to by:

<u>/s/J. Dominick Larry</u>
Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jennifer Auer Jordan
Georgia Bar No. 027857
jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 30309
Tel: 404.445.8400
Fax: 404.445.8477

*Attorneys for Plaintiff Mark Ellis and the Putative Class*

<u>/s/James A. Lamberth</u>
James A. Lamberth
Georgia Bar No. 431851
james.lamberth@troutmansanders.com

Alan W. Bakowski
Georgia Bar No. 373002
alan.bakowski@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia  30308-2256
Tel: 404.885.3000
Fax: 404.962.3900

Marc J. Zwillinger (*pro hac vice*)
marc@zwillgen.com
Jonathan S. Frankel (*pro hac vice*)
jon@zwillgen.com
Jeffrey G. Landis (*pro hac vice*)
jeff@zwillgen.com
Tel: 202.296.3585

***Attorneys for Defendant Cartoon Network, Inc.***