IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| *v.* | ) ) | Case No. 1:14-cv-00484-TWT |
| THE CARTOON NETWORK, INC., a Delaware corporation, | ) ) ) | |
| *Defendant.* | ) ) ) | |

**DECLARATION OF JAMES A. LAMBERTH IN SUPPORT OF
MOTION TO DISMISS PLAINTIFF'S AMENDED
CLASS ACTION COMPLAINT**

I, James A. Lamberth, declare under penalty of perjury that the following is true and correct:

1.  I am a member of the law firm Troutman Sanders LLP, attorneys for Defendant Cartoon Network, Inc.  I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint.

2.  Attached hereto as Exhibit 1 is a true and correct copy of an excerpt from the Android Developer guide referenced in Plaintiff's Amended Class Action Complaint, and located at http://developer.android.com/reference/android/provider/Settings.Secure.html.

3.      Attached hereto as Exhibit 2 is a true and correct copy of an excerpt

from the Android Developer guide referenced in Plaintiff's Amended Class Action

Complaint, and located at http://developer.android.com/about/versions/android-

4.2.html#MultipleUsers.

Executed this 6th day of June, 2014, in Atlanta, Georgia.

 /s/ James A. Lamberth                               
James A. Lamberth

EXHIBIT 1

public static final class

Summary: Constants | Inherited Constants | Fields | Ctors | Methods | Inherited Methods | [Expand All]

Added in API level 3

# Settings.Secure

extends Settings.NameValueTable

java.lang.Object
   └ android.provider.Settings.NameValueTable
       └ android.provider.Settings.Secure

## Class Overview

Secure system settings, containing system preferences that applications can read but are not allowed to write. These are for preferences that the user must explicitly modify through the system UI or specialized APIs for those values, not modified directly by applications.

## Summary

| Constants | |
|---|---|
| String ACCESSIBILITY_ENABLED | If accessibility is enabled. |
| String ACCESSIBILITY_SPEAK_PASSWORD | Whether to speak passwords while in accessibility mode. |
| String ADB_ENABLED | *This constant was deprecated in API level 17. Use* `ADB_ENABLED` *instead* |
| String ALLOWED_GEOLOCATION_ORIGINS | Origins for which browsers should allow geolocation by default. |
| String ALLOW_MOCK_LOCATION | Setting to allow mock locations and location provider status to be injected into the LocationManager service for testing purposes during application development. |
| String ANDROID_ID | A 64-bit number (as a hex string) that is randomly generated when the user first sets up the device and should remain constant for the lifetime of the user's device. |
| String BACKGROUND_DATA | *This constant was deprecated in API level 14. As of* `ICE_CREAM_SANDWICH`, *availability of background data depends on several combined factors. When background data is unavailable,* `getActiveNetworkInfo()` *will now appear disconnected.* |
| String BLUETOOTH_ON | *This constant was deprecated in API level 17. Use* `BLUETOOTH_ON` *instead* |
| String DATA_ROAMING | *This constant was deprecated in API level 17. Use* `DATA_ROAMING` *instead* |
| String DEFAULT_INPUT_METHOD | Setting to record the input method used by default, holding the ID of the desired method. |
| String DEVELOPMENT_SETTINGS_ENABLED | *This constant was deprecated in API level 17. Use* `DEVELOPMENT_SETTINGS_ENABLED` *instead* |
| String DEVICE_PROVISIONED | *This constant was deprecated in API level 17. Use* `DEVICE_PROVISIONED` *instead* |
| String ENABLED_ACCESSIBILITY_SERVICES | List of the enabled accessibility providers. |
| String ENABLED_INPUT_METHODS | List of input methods that are currently enabled. |
| String HTTP_PROXY | *This constant was deprecated in API level 17. Use* `HTTP_PROXY` |
| String INPUT_METHOD_SELECTOR_VISIBILITY | Setting to record the visibility of input method selector |
| String INSTALL_NON_MARKET_APPS | *This constant was deprecated in API level 17. Use* `INSTALL_NON_MARKET_APPS` *instead* |
| String LOCATION_MODE | The degree of location access enabled by the user. |
| | Reduced power usage, such as limiting the number of GPS |

| | |
|---|---|
| int LOCATION_MODE_BATTERY_SAVING | updates per hour. |
| int LOCATION_MODE_HIGH_ACCURACY | Best-effort location computation allowed. |
| int LOCATION_MODE_OFF | Location access disabled. |
| int LOCATION_MODE_SENSORS_ONLY | Network Location Provider disabled, but GPS and other sensors enabled. |
| String LOCATION_PROVIDERS_ALLOWED | *This constant was deprecated in API level 19. use* `LOCATION_MODE` |
| String LOCK_PATTERN_ENABLED | Whether autolock is enabled (0 = false, 1 = true) |
| String LOCK_PATTERN_TACTILE_FEEDBACK_ENABLED | *This constant was deprecated in API level 17. Starting in* `JELLY_BEAN_MR1` *the lockscreen uses* `HAPTIC_FEEDBACK_ENABLED.` |
| String LOCK_PATTERN_VISIBLE | Whether lock pattern is visible as user enters (0 = false, 1 = true) |
| String LOGGING_ID | *This constant was deprecated in API level 3. This identifier is poorly initialized and has many collisions. It should not be used.* |
| String NETWORK_PREFERENCE | *This constant was deprecated in API level 17. Use* `NETWORK_PREFERENCE` *instead* |
| String PARENTAL_CONTROL_ENABLED | No longer supported. |
| String PARENTAL_CONTROL_LAST_UPDATE | No longer supported. |
| String PARENTAL_CONTROL_REDIRECT_URL | No longer supported. |
| String SELECTED_INPUT_METHOD_SUBTYPE | Setting to record the input method subtype used by default, holding the ID of the desired method. |
| String SETTINGS_CLASSNAME | Settings classname to launch when Settings is clicked from All Applications. |
| String SYS_PROP_SETTING_VERSION | |
| String TOUCH_EXPLORATION_ENABLED | If touch exploration is enabled. |
| String TTS_DEFAULT_COUNTRY | *This constant was deprecated in API level 14. this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the default locale.* `getLanguage().` |
| String TTS_DEFAULT_LANG | *This constant was deprecated in API level 14. this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the default locale.* `getLanguage().` |
| String TTS_DEFAULT_PITCH | Default text-to-speech engine pitch. |
| String TTS_DEFAULT_RATE | Default text-to-speech engine speech rate. |
| String TTS_DEFAULT_SYNTH | Default text-to-speech engine. |
| String TTS_DEFAULT_VARIANT | *This constant was deprecated in API level 14. this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the locale that is in use* `getLanguage().` |
| String TTS_ENABLED_PLUGINS | Space delimited list of plugin packages that are enabled. |
| String TTS_USE_DEFAULTS | *This constant was deprecated in API level 14. The value of this setting is no longer respected by the framework text to speech APIs as of the Ice Cream Sandwich release.* |
| String USB_MASS_STORAGE_ENABLED | *This constant was deprecated in API level 17. Use* `USB_MASS_STORAGE_ENABLED` *instead* |
| String USE_GOOGLE_MAIL | *This constant was deprecated in API level 17. Use* `USE_GOOGLE_MAIL` *instead* |
| String WIFI_MAX_DHCP_RETRY_COUNT | *This constant was deprecated in API level 17. Use* `WIFI_MAX_DHCP_RETRY_COUNT` *instead* |
| String WIFI_MOBILE_DATA_TRANSITION_WAKELOCK_TIMEOUT_MS | *This constant was deprecated in API level 17. Use* `WIFI_MOBILE_DATA_TRANSITION_WAKELOCK_TIMEOUT_MS` |

Settings.Secure | Android Developers

| | |
|---|---|
| | *instead* |
| String WIFI_NETWORKS_AVAILABLE_NOTIFICATION_ON | *This constant was deprecated in API level 17. Use `WIFI_NETWORKS_AVAILABLE_NOTIFICATION_ON` instead.* |
| String WIFI_NETWORKS_AVAILABLE_REPEAT_DELAY | *This constant was deprecated in API level 17. Use `WIFI_NETWORKS_AVAILABLE_REPEAT_DELAY` instead.* |
| String WIFI_NUM_OPEN_NETWORKS_KEPT | *This constant was deprecated in API level 17. Use `WIFI_NUM_OPEN_NETWORKS_KEPT` instead.* |
| String WIFI_ON | *This constant was deprecated in API level 17. Use `WIFI_ON` instead.* |
| String WIFI_WATCHDOG_ACCEPTABLE_PACKET_LOSS_PERCENTAGE | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_AP_COUNT | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_BACKGROUND_CHECK_DELAY_MS | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_BACKGROUND_CHECK_ENABLED | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_BACKGROUND_CHECK_TIMEOUT_MS | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_INITIAL_IGNORED_PING_COUNT | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_MAX_AP_CHECKS | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_ON | *This constant was deprecated in API level 17. Use `WIFI_WATCHDOG_ON` instead* |
| String WIFI_WATCHDOG_PING_COUNT | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_PING_DELAY_MS | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_PING_TIMEOUT_MS | *This constant was deprecated in API level 14. This setting is not used.* |
| String WIFI_WATCHDOG_WATCH_LIST | *This constant was deprecated in API level 14. This setting is not used.* |

### Inherited Constants     [Expand]

▶ From class android.provider.Settings.NameValueTable
▶ From interface android.provider.BaseColumns

### Fields

public static final Uri CONTENT_URI The content:// style URL for this table

### Public Constructors

Settings.Secure ()

### Public Methods

| | |
|---|---|
| static float | getFloat (ContentResolver cr, String name, float def)<br>Convenience function for retrieving a single secure settings value as a floating point number. |
| static float | getFloat (ContentResolver cr, String name)<br>Convenience function for retrieving a single secure settings value as a float. |
| static int | getInt (ContentResolver cr, String name)<br>Convenience function for retrieving a single secure settings value as an integer. |
| static int | getInt (ContentResolver cr, String name, int def)<br>Convenience function for retrieving a single secure settings value as an integer. |
| static long | getLong (ContentResolver cr, String name, long def)<br>Convenience function for retrieving a single secure settings value as a `long`. |
| static long | getLong (ContentResolver cr, String name)<br>Convenience function for retrieving a single secure settings value as a `long`. |

| | |
|---|---|
| static String | getString (ContentResolver resolver, String name) |
| | Look up a name in the database. |
| static Uri | getUriFor (String name) |
| | Construct the content URI for a particular name/value pair, useful for monitoring changes with a ContentObserver. |
| final static boolean | isLocationProviderEnabled (ContentResolver cr, String provider) |
| | *This method was deprecated in API level 19. use* `LOCATION_MODE` or `isProviderEnabled(String)` |
| static boolean | putFloat (ContentResolver cr, String name, float value) |
| | Convenience function for updating a single settings value as a floating point number. |
| static boolean | putInt (ContentResolver cr, String name, int value) |
| | Convenience function for updating a single settings value as an integer. |
| static boolean | putLong (ContentResolver cr, String name, long value) |
| | Convenience function for updating a secure settings value as a long integer. |
| static boolean | putString (ContentResolver resolver, String name, String value) |
| | Store a name/value pair into the database. |
| final static void | setLocationProviderEnabled (ContentResolver cr, String provider, boolean enabled) |
| | *This method was deprecated in API level 19. use* `putInt(ContentResolver, String, int)` and `LOCATION_MODE` |

**Inherited Methods**                    [Expand]

▶ From class android.provider.Settings.NameValueTable
▶ From class java.lang.Object

## Constants

public static final <u>String</u> **ACCESSIBILITY_ENABLED**          Added in <u>API level 4</u>

If accessibility is enabled.

Constant Value: "accessibility_enabled"

public static final <u>String</u> **ACCESSIBILITY_SPEAK_PASSWORD**          Added in <u>API level 15</u>

Whether to speak passwords while in accessibility mode.

Constant Value: "speak_password"

public static final <u>String</u> **ADB_ENABLED**          Added in <u>API level 3</u>

> This constant was deprecated in API level 17.
> Use <u>ADB_ENABLED (/reference/android/provider/Settings.Global.html#ADB_ENABLED)</u> instead

Constant Value: "adb_enabled"

public static final <u>String</u> **ALLOWED_GEOLOCATION_ORIGINS**          Added in <u>API level 8</u>

Origins for which browsers should allow geolocation by default. The value is a space-separated list of origins.

Constant Value: "allowed_geolocation_origins"

public static final <u>String</u> **ALLOW_MOCK_LOCATION**          Added in <u>API level 3</u>

Setting to allow mock locations and location provider status to be injected into the LocationManager service for testing purposes during application development. These locations and status values override actual location and status information generated by network, gps, or other location providers.

Constant Value: "mock_location"

public static final String **ANDROID_ID**                      Added in API level 3

A 64-bit number (as a hex string) that is randomly generated when the user first sets up the device and should remain constant for the lifetime of the user's device. The value may change if a factory reset is performed on the device.

> **Note:** When a device has underlined multiple users (/about/versions/android-4.2.html#MultipleUsers) (available on certain devices running Android 4.2 or higher), each user appears as a completely separate device, so the `ANDROID_ID` value is unique to each user.

Constant Value: "android_id"

public static final String **BACKGROUND_DATA**                 Added in API level 3

> This constant was deprecated in API level 14.
> As of `ICE_CREAM_SANDWICH` `(/reference/android/os/Build.VERSION_CODES.html#ICE_CREAM_SANDWICH)`, availability of background data depends on several combined factors. When background data is unavailable, `getActiveNetworkInfo()` `(/reference/android/net/ConnectivityManager.html#getActiveNetworkInfo())` will now appear disconnected.

Whether background data usage is allowed.

Constant Value: "background_data"

public static final String **BLUETOOTH_ON**                    Added in API level 3

> This constant was deprecated in API level 17.
> Use `BLUETOOTH_ON (/reference/android/provider/Settings.Global.html#BLUETOOTH_ON)` instead

Constant Value: "bluetooth_on"

public static final String **DATA_ROAMING**                    Added in API level 3

> This constant was deprecated in API level 17.
> Use `DATA_ROAMING (/reference/android/provider/Settings.Global.html#DATA_ROAMING)` instead

Constant Value: "data_roaming"

public static final String **DEFAULT_INPUT_METHOD**            Added in API level 3

Setting to record the input method used by default, holding the ID of the desired method.

Constant Value: "default_input_method"

public static final String **DEVELOPMENT_SETTINGS_ENABLED**     Added in API level 16

> This constant was deprecated in API level 17.
> Use `DEVELOPMENT_SETTINGS_ENABLED` `(/reference/android/provider/Settings.Global.html#DEVELOPMENT_SETTINGS_ENABLED)` instead

Constant Value: "development_settings_enabled"

public static final String **DEVICE_PROVISIONED**              Added in API level 3

> This constant was deprecated in API level 17.
> Use `DEVICE_PROVISIONED` `(/reference/android/provider/Settings.Global.html#DEVICE_PROVISIONED)` instead

Constant Value: "device_provisioned"

public static final String **ENABLED_ACCESSIBILITY_SERVICES**   Added in API level 4

List of the enabled accessibility providers.

Constant Value: "enabled_accessibility_services"

public static final String **ENABLED_INPUT_METHODS**      Added in API level 3

List of input methods that are currently enabled. This is a string containing the IDs of all enabled input methods, each ID separated by ':'.

Constant Value: "enabled_input_methods"

public static final String **HTTP_PROXY**      Added in API level 3

**This constant was deprecated in API level 17.**
Use HTTP_PROXY (/reference/android/provider/Settings.Global.html#HTTP_PROXY)

Host name and port for global http proxy. Uses ':' seperator for between host and port.

Constant Value: "http_proxy"

public static final String **INPUT_METHOD_SELECTOR_VISIBILITY**      Added in API level 11

Setting to record the visibility of input method selector

Constant Value: "input_method_selector_visibility"

public static final String **INSTALL_NON_MARKET_APPS**      Added in API level 3

**This constant was deprecated in API level 17.**
Use INSTALL_NON_MARKET_APPS
(/reference/android/provider/Settings.Global.html#INSTALL_NON_MARKET_APPS) instead

Constant Value: "install_non_market_apps"

public static final String **LOCATION_MODE**      Added in API level 19

The degree of location access enabled by the user.

When used with putInt(ContentResolver, String, int)
(/reference/android/provider/Settings.Secure.html#putInt(android.content.ContentResolver,
java.lang.String, int)), must be one of LOCATION_MODE_HIGH_ACCURACY
(/reference/android/provider/Settings.Secure.html#LOCATION_MODE_HIGH_ACCURACY),
LOCATION_MODE_SENSORS_ONLY
(/reference/android/provider/Settings.Secure.html#LOCATION_MODE_SENSORS_ONLY),
LOCATION_MODE_BATTERY_SAVING
(/reference/android/provider/Settings.Secure.html#LOCATION_MODE_BATTERY_SAVING), or
LOCATION_MODE_OFF (/reference/android/provider/Settings.Secure.html#LOCATION_MODE_OFF).
When used with getInt(ContentResolver, String)
(/reference/android/provider/Settings.Secure.html#getInt(android.content.ContentResolver,
java.lang.String)), the caller must gracefully handle additional location modes that might be
added in the future.

Constant Value: "location_mode"

public static final int **LOCATION_MODE_BATTERY_SAVING**      Added in API level 19

Reduced power usage, such as limiting the number of GPS updates per hour. Requests with
POWER_HIGH (/reference/android/location/Criteria.html#POWER_HIGH) may be downgraded to
POWER_MEDIUM (/reference/android/location/Criteria.html#POWER_MEDIUM).

Constant Value: 2 (0x00000002)

public static final int **LOCATION_MODE_HIGH_ACCURACY**      Added in API level 19

Best-effort location computation allowed.

Constant Value: 3 (0x00000003)

public static final int **LOCATION_MODE_OFF**          Added in API level 19

Location access disabled.

Constant Value: 0 (0x00000000)

public static final int **LOCATION_MODE_SENSORS_ONLY**          Added in API level 19

Network Location Provider disabled, but GPS and other sensors enabled.

Constant Value: 1 (0x00000001)

public static final String **LOCATION_PROVIDERS_ALLOWED**          Added in API level 3

> This constant was deprecated in API level 19.
> use LOCATION_MODE (/reference/android/provider/Settings.Secure.html#LOCATION_MODE)

Comma-separated list of location providers that activities may access.

Constant Value: "location_providers_allowed"

public static final String **LOCK_PATTERN_ENABLED**          Added in API level 8

Whether autolock is enabled (0 = false, 1 = true)

Constant Value: "lock_pattern_autolock"

public static final String **LOCK_PATTERN_TACTILE_FEEDBACK_ENABLED**          Added in API level 8

> This constant was deprecated in API level 17.
> Starting in JELLY_BEAN_MR1
> (/reference/android/os/Build.VERSION_CODES.html#JELLY_BEAN_MR1) the lockscreen uses
> HAPTIC_FEEDBACK_ENABLED
> (/reference/android/provider/Settings.System.html#HAPTIC_FEEDBACK_ENABLED).

Whether lock pattern will vibrate as user enters (0 = false, 1 = true)

Constant Value: "lock_pattern_tactile_feedback_enabled"

public static final String **LOCK_PATTERN_VISIBLE**          Added in API level 8

Whether lock pattern is visible as user enters (0 = false, 1 = true)

Constant Value: "lock_pattern_visible_pattern"

public static final String **LOGGING_ID**          Added in API level 3

> This constant was deprecated in API level 3.
> This identifier is poorly initialized and has many collisions. It should not be used.

The Logging ID (a unique 64-bit value) as a hex string. Used as a pseudonymous identifier for logging.

Constant Value: "logging_id"

public static final String **NETWORK_PREFERENCE**          Added in API level 3

> This constant was deprecated in API level 17.
> Use NETWORK_PREFERENCE
> (/reference/android/provider/Settings.Global.html#NETWORK_PREFERENCE) instead

Constant Value: "network_preference"

public static final String **PARENTAL_CONTROL_ENABLED**          Added in API level 3

No longer supported.

Constant Value: "parental_control_enabled"

## public static final String **PARENTAL_CONTROL_LAST_UPDATE**     Added in API level 3

No longer supported.

Constant Value: "parental_control_last_update"

## public static final String **PARENTAL_CONTROL_REDIRECT_URL**     Added in API level 3

No longer supported.

Constant Value: "parental_control_redirect_url"

## public static final String **SELECTED_INPUT_METHOD_SUBTYPE**     Added in API level 11

Setting to record the input method subtype used by default, holding the ID of the desired method.

Constant Value: "selected_input_method_subtype"

## public static final String **SETTINGS_CLASSNAME**     Added in API level 3

Settings classname to launch when Settings is clicked from All Applications. Needed because of user testing between the old and new Settings apps.

Constant Value: "settings_classname"

## public static final String **SYS_PROP_SETTING_VERSION**     Added in API level 3

Constant Value: "sys.settings_secure_version"

## public static final String **TOUCH_EXPLORATION_ENABLED**     Added in API level 14

If touch exploration is enabled.

Constant Value: "touch_exploration_enabled"

## public static final String **TTS_DEFAULT_COUNTRY**     Added in API level 4

> **This constant was deprecated in API level 14.**
> this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the default locale. getLanguage() (/reference/android/speech/tts/TextToSpeech.html#getLanguage()).

Default text-to-speech country.

Constant Value: "tts_default_country"

## public static final String **TTS_DEFAULT_LANG**     Added in API level 4

> **This constant was deprecated in API level 14.**
> this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the default locale. getLanguage() (/reference/android/speech/tts/TextToSpeech.html#getLanguage()).

Default text-to-speech language.

Constant Value: "tts_default_lang"

## public static final String **TTS_DEFAULT_PITCH**     Added in API level 4

Default text-to-speech engine pitch. 100 = 1x

Constant Value: "tts_default_pitch"

## public static final String **TTS_DEFAULT_RATE**     Added in API level 4

Default text-to-speech engine speech rate. 100 = 1x

Constant Value: "tts_default_rate"

## public static final String TTS_DEFAULT_SYNTH

Added in API level 4

Default text-to-speech engine.

Constant Value: "tts_default_synth"

## public static final String TTS_DEFAULT_VARIANT

Added in API level 4

**This constant was deprecated in API level 14.**
this setting is no longer in use, as of the Ice Cream Sandwich release. Apps should never need to read this setting directly, instead can query the TextToSpeech framework classes for the locale that is in use getLanguage() (/reference/android/speech/tts/TextToSpeech.html#getLanguage()).

Default text-to-speech locale variant.

Constant Value: "tts_default_variant"

## public static final String TTS_ENABLED_PLUGINS

Added in API level 8

Space delimited list of plugin packages that are enabled.

Constant Value: "tts_enabled_plugins"

## public static final String TTS_USE_DEFAULTS

Added in API level 4

**This constant was deprecated in API level 14.**
The value of this setting is no longer respected by the framework text to speech APIs as of the Ice Cream Sandwich release.

Setting to always use the default text-to-speech settings regardless of the application settings. 1 = override application settings, 0 = use application settings (if specified).

Constant Value: "tts_use_defaults"

## public static final String USB_MASS_STORAGE_ENABLED

Added in API level 3

**This constant was deprecated in API level 17.**
Use USB_MASS_STORAGE_ENABLED (/reference/android/provider/Settings.Global.html#USB_MASS_STORAGE_ENABLED) instead

Constant Value: "usb_mass_storage_enabled"

## public static final String USE_GOOGLE_MAIL

Added in API level 3

**This constant was deprecated in API level 17.**
Use USE_GOOGLE_MAIL (/reference/android/provider/Settings.Global.html#USE_GOOGLE_MAIL) instead

Constant Value: "use_google_mail"

## public static final String WIFI_MAX_DHCP_RETRY_COUNT

Added in API level 3

**This constant was deprecated in API level 17.**
Use WIFI_MAX_DHCP_RETRY_COUNT (/reference/android/provider/Settings.Global.html#WIFI_MAX_DHCP_RETRY_COUNT) instead

Constant Value: "wifi_max_dhcp_retry_count"

## public static final String
## WIFI_MOBILE_DATA_TRANSITION_WAKELOCK_TIMEOUT_MS

Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_MOBILE_DATA_TRANSITION_WAKELOCK_TIMEOUT_MS
(/reference/android/provider/Settings.Global.html#WIFI_MOBILE_DATA_TRANSITION_TI
MEOUT_MS) instead.

Constant Value: "wifi_mobile_data_transition_wakelock_timeout_ms"

## public static final String **WIFI_NETWORKS_AVAILABLE_NOTIFICATION_ON** Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_NETWORKS_AVAILABLE_NOTIFICATION_ON
(/reference/android/provider/Settings.Global.html#WIFI_NETWORKS_AVAILABLE_NOTIFICATION_ON
) instead.

Constant Value: "wifi_networks_available_notification_on"

## public static final String **WIFI_NETWORKS_AVAILABLE_REPEAT_DELAY** Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_NETWORKS_AVAILABLE_REPEAT_DELAY
(/reference/android/provider/Settings.Global.html#WIFI_NETWORKS_AVAILABLE_REPEAT_DELAY)
instead.

Constant Value: "wifi_networks_available_repeat_delay"

## public static final String **WIFI_NUM_OPEN_NETWORKS_KEPT** Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_NUM_OPEN_NETWORKS_KEPT
(/reference/android/provider/Settings.Global.html#WIFI_NUM_OPEN_NETWORKS_KEPT) instead.

Constant Value: "wifi_num_open_networks_kept"

## public static final String **WIFI_ON** Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_ON (/reference/android/provider/Settings.Global.html#WIFI_ON) instead.

Constant Value: "wifi_on"

## public static final String
**WIFI_WATCHDOG_ACCEPTABLE_PACKET_LOSS_PERCENTAGE** Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The acceptable packet loss percentage (range 0 - 100) before trying another AP on the same network.

Constant Value: "wifi_watchdog_acceptable_packet_loss_percentage"

## public static final String **WIFI_WATCHDOG_AP_COUNT** Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The number of access points required for a trusted wifi network before the watchdog to monitor it.

Develop 〉 Reference 〉 Settings.Secure

Android APIs       API level:   19

WIFI_WATCHDOG_BACKGROUND_CHECK_DELAY_MS     Added in API level 3
android.net.wifi.p2p.nsd
android.net This constant was deprecated in API level 14.
android.net.wifi.p2p.nsd This setting is not used.

android.text
android.opengl
android.os
android.os.storage
android.preference
android.print
android.printservice
android.provider
android.renderscript
DocumentsProvider
LiveFolders
MediaStore
MediaStore.Audio
MediaStore.Audio.Albums
MediaStore.Audio.Artists
MediaStore.Audio.Artists.Albums
MediaStore.Audio.Genres
MediaStore.Audio.Genres.Members
MediaStore.Audio.Media
MediaStore.Audio.Playlists
MediaStore.Audio.Playlists.Members
MediaStore.Files
MediaStore.Images
MediaStore.Images.Media
MediaStore.Images.Thumbnails
MediaStore.Video
MediaStore.Video.Media
MediaStore.Video.Thumbnails
SearchRecentSuggestions
Settings
Settings.Global
Settings.NameValueTable
Settings.Secure
Settings.System
SyncStateContract
SyncStateContract.Constants
SyncStateContract.Helpers
Telephony

This is the delay between background checks.

Constant Value: "wifi_watchdog_background_check_delay_ms"

---

public static final String **WIFI_WATCHDOG_BACKGROUND_CHECK_ENABLED**　　Added in API level 3

Whether the Wifi watchdog is enabled for background checking even after it thinks the user has

Constant Value: "wifi_watchdog_background_check_enabled"

---

public static final String **WIFI_WATCHDOG_BACKGROUND_CHECK_TIMEOUT_MS**　　Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The timeout for a background ping

Constant Value: "wifi_watchdog_background_check_timeout_ms"

---

public static final String **WIFI_WATCHDOG_INITIAL_IGNORED_PING_COUNT**　　Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The number of initial pings to perform that *may* be ignored if they fail. Again, if these fail, they will not be used in packet loss calculation. For example, one network always seemed to time out for the first couple pings, so this is set to 3 by default.

Constant Value: "wifi_watchdog_initial_ignored_ping_count"

---

public static final String **WIFI_WATCHDOG_MAX_AP_CHECKS**　　Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The maximum number of access points (per network) to attempt to test. If this number is reached, the watchdog will no longer monitor the initial connection state for the network. This is a safeguard for networks containing multiple APs whose DNS does not respond to pings.

Constant Value: "wifi_watchdog_max_ap_checks"

---

public static final String **WIFI_WATCHDOG_ON**　　Added in API level 3

This constant was deprecated in API level 17.
Use WIFI_WATCHDOG_ON
/reference/android/provider/Settings.Global.html#WIFI_WATCHDOG_ON instead

Constant Value: "wifi_watchdog_on"

---

public static final String **WIFI_WATCHDOG_PING_COUNT**　　Added in API level 3

This constant was deprecated in API level 14.
This setting is not used.

The number of pings to test if an access point is a good connection.

Constant Value: "wifi_watchdog_ping_count"

---

public static final String **WIFI_WATCHDOG_PING_DELAY_MS**　　Added in API level 3

This constant was deprecated in API level 14.

This setting is not used.

The delay between pings.

Constant Value: "wifi_watchdog_ping_delay_ms"

public static final String **WIFI_WATCHDOG_PING_TIMEOUT_MS**     Added in API level 3

**This constant was deprecated in API level 14.**
This setting is not used.

The timeout per ping.

Constant Value: "wifi_watchdog_ping_timeout_ms"

public static final String **WIFI_WATCHDOG_WATCH_LIST**     Added in API level 3

**This constant was deprecated in API level 14.**
This setting is not used.

A comma-separated list of SSIDs for which the Wi-Fi watchdog should be enabled.

Constant Value: "wifi_watchdog_watch_list"

## Fields

public static final Uri **CONTENT_URI**     Added in API level 3

The content:// style URL for this table

## Public Constructors

public **Settings.Secure** ()     Added in API level 3

## Public Methods

public static float **getFloat** (ContentResolver cr, String name, float def)    Added in API level 3

Convenience function for retrieving a single secure settings value as a floating point number. Note that internally setting values are always stored as strings; this function converts the string to an float for you. The default value will be returned if the setting is not defined or not a valid float.

**Parameters**

| | |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |
| *def* | Value to return if the setting is not defined. |

**Returns**
The setting's current value, or 'def' if it is not defined or not a valid float.

public static float **getFloat** (ContentResolver cr, String name)    Added in API level 3

Convenience function for retrieving a single secure settings value as a float. Note that internally setting values are always stored as strings; this function converts the string to a float for you.

This version does not take a default value. If the setting has not been set, or the string value is not a number, it throws Settings.SettingNotFoundException (/reference/android/provider/Settings.SettingNotFoundException.html).

**Parameters**

|  |  |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |

**Returns**

The setting's current value.

**Throws**

| *Settings.SettingNotFoundException* | Thrown if a setting by the given name can't be found or the setting value is not a float. |
|---|---|

---

public static int **getInt** (ContentResolver cr, String name)      <span>Added in API level 3</span>

Convenience function for retrieving a single secure settings value as an integer. Note that internally setting values are always stored as strings; this function converts the string to an integer for you.

This version does not take a default value. If the setting has not been set, or the string value is not a number, it throws `Settings.SettingNotFoundException`
`(/reference/android/provider/Settings.SettingNotFoundException.html)`.

**Parameters**

|  |  |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |

**Returns**

The setting's current value.

**Throws**

| *Settings.SettingNotFoundException* | Thrown if a setting by the given name can't be found or the setting value is not an integer. |
|---|---|

---

public static int **getInt** (ContentResolver cr, String name, int def)      <span>Added in API level 3</span>

Convenience function for retrieving a single secure settings value as an integer. Note that internally setting values are always stored as strings; this function converts the string to an integer for you. The default value will be returned if the setting is not defined or not an integer.

**Parameters**

|  |  |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |
| *def* | Value to return if the setting is not defined. |

**Returns**

The setting's current value, or 'def' if it is not defined or not a valid integer.

---

public static long **getLong** (ContentResolver cr, String name, long def)      <span>Added in API level 3</span>

Convenience function for retrieving a single secure settings value as a `long`. Note that internally setting values are always stored as strings; this function converts the string to a `long` for you. The default value will be returned if the setting is not defined or not a `long`.

**Parameters**

|  |  |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |
| *def* | Value to return if the setting is not defined. |

**Returns**

The setting's current value, or 'def' if it is not defined or not a valid `long`.

---

public static long **getLong** (ContentResolver cr, String name)      <span>Added in API level 3</span>

Convenience function for retrieving a single secure settings value as a `long`. Note that internally setting values are always stored as strings; this function converts the string to a `long` for you.

This version does not take a default value. If the setting has not been set, or the string value is not a

number, it throws Settings.SettingNotFoundException
(/reference/android/provider/Settings.SettingNotFoundException.html).

**Parameters**

| | |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to retrieve. |

**Returns**

The setting's current value.

**Throws**

| | |
|---|---|
| *Settings.SettingNotFoundException* | Thrown if a setting by the given name can't be found or the setting value is not an integer. |

---

public static String **getString** (ContentResolver resolver, String name)   Added in API level 3

Look up a name in the database.

**Parameters**

| | |
|---|---|
| *resolver* | to access the database with |
| *name* | to look up in the table |

**Returns**

the corresponding value, or null if not present

---

public static Uri **getUriFor** (String name)   Added in API level 3

Construct the content URI for a particular name/value pair, useful for monitoring changes with a ContentObserver.

**Parameters**

| | |
|---|---|
| *name* | to look up in the table |

**Returns**

the corresponding content URI, or null if not present

---

public static final boolean **isLocationProviderEnabled** (ContentResolver cr,
String provider)   Added in API level 8

> **This method was deprecated in API level 19.**
> use LOCATION_MODE (/reference/android/provider/Settings.Secure.html#LOCATION_MODE) or
> isProviderEnabled(String)
> (/reference/android/location/LocationManager.html#isProviderEnabled(java.lang.String))

Helper method for determining if a location provider is enabled.

**Parameters**

| | |
|---|---|
| *cr* | the content resolver to use |
| *provider* | the location provider to query |

**Returns**

true if the provider is enabled

---

public static boolean **putFloat** (ContentResolver cr, String name, float value)   Added in API level 3

Convenience function for updating a single settings value as a floating point number. This will either create a new entry in the table if the given name does not exist, or modify the value of the existing row with that name. Note that internally setting values are always stored as strings, so this function converts the given value to a string before storing it.

**Parameters**

| | |
|---|---|
| *cr* | The ContentResolver to access. |
| *name* | The name of the setting to modify. |

*value*      The new value for the setting.

**Returns**

true if the value was set, false on database errors

public static boolean **putInt** (ContentResolver cr, String name, int value)     Added in API level 3

Convenience function for updating a single settings value as an integer. This will either create a new entry in the table if the given name does not exist, or modify the value of the existing row with that name. Note that internally setting values are always stored as strings, so this function converts the given value to a string before storing it.

**Parameters**

*cr*      The ContentResolver to access.

*name*      The name of the setting to modify.

*value*      The new value for the setting.

**Returns**

true if the value was set, false on database errors

public static boolean **putLong** (ContentResolver cr, String name, long value)Added in API level 3

Convenience function for updating a secure settings value as a long integer. This will either create a new entry in the table if the given name does not exist, or modify the value of the existing row with that name. Note that internally setting values are always stored as strings, so this function converts the given value to a string before storing it.

**Parameters**

*cr*      The ContentResolver to access.

*name*      The name of the setting to modify.

*value*      The new value for the setting.

**Returns**

true if the value was set, false on database errors

public static boolean **putString** (ContentResolver resolver, String name, String value)     Added in API level 3

Store a name/value pair into the database.

**Parameters**

*resolver*      to access the database with

*name*      to store

*value*      to associate with the name

**Returns**

true if the value was set, false on database errors

public static final void **setLocationProviderEnabled** (ContentResolver cr, String provider, boolean enabled)     Added in API level 8

**This method was deprecated in API level 19.**
use putInt(ContentResolver, String, int)
(/reference/android/provider/Settings.Secure.html#putInt(android.content.ContentResolver,
java.lang.String, int)) and LOCATION_MODE
(/reference/android/provider/Settings.Secure.html#LOCATION_MODE)

Thread-safe method for enabling or disabling a single location provider.

**Parameters**

*cr*      the content resolver to use

*provider*      the location provider to enable or disable

*enabled*      true if the provider should be enabled

# EXHIBIT 2

# Android 4.2 APIs

API Level: 17

Android 4.2 (JELLY_BEAN_MR1 (/reference/android/os/Build.VERSION_CODES.html#JELLY_BEAN_MR1)) is an update to the Jelly Bean release that offers new features for users and app developers. This document provides an introduction to the most notable and useful new APIs for developers.

As an app developer, you should download the Android 4.2 system image and SDK platform from the SDK Manager (/tools/help/sdk-manager.html) as soon as possible. If you don't have a device running Android 4.2 on which to test your app, use the Android 4.2 system image to test your app on the Android emulator (/tools/devices/emulator.html). Then build your apps against the Android 4.2 platform to begin using the latest APIs.

## Important Behavior Changes

If you have previously published an app for Android, be aware of the following changes that might affect your app's behavior:

- **Content providers** are no longer exported by default. That is, the default value for the android:exported attribute is now "false". If it's important that other apps be able to access your content provider, you must now explicitly set android:exported="true".

  This change takes effect only if you set either android:targetSdkVersion (/guide/topics/manifest/uses-sdk-element.html#target) or android:minSdkVersion (/guide/topics/manifest/uses-sdk-element.html#min) to 17 or higher. Otherwise, the default value is still "true" even when running on Android 4.2 and higher.

- Compared to previous versions of Android, **user location** results may be less accurate if your app requests the ACCESS_COARSE_LOCATION permission but does not request the ACCESS_FINE_LOCATION permission.

  To meet the privacy expectations of users when your app requests permission for coarse location (and not fine location), the system will not provide a user location estimate that's more accurate than a city block.

- Some **device settings** defined by Settings.System are now read-only. If your app attempts to write changes to settings defined in Settings.System that have moved to Settings.Global, the write operation will silently fail when running on Android 4.2 and higher.

  Even if your value for android:targetSdkVersion (/guide/topics/manifest/uses-sdk-element.html#target) and android:minSdkVersion (/guide/topics/manifest/uses-sdk-element.html#min) is lower than 17, your app is not able to modify the settings that have moved to Settings.Global (/reference/android/provider/Settings.Global.html) when running on Android 4.2 and higher.

- If your app uses WebView, Android 4.2 adds an additional layer of security so you can more safely **bind JavaScript to your Android code**. If you set your targetSdkVersion to 17 or higher, you must now add the @JavascriptInterface annotation to any method that you want available to your JavaScript (the method must also be public). If you do not provide the annotation, the method is not accessible by a web page in your WebView when running on Android 4.2 or higher. If you set the targetSdkVersion to 16 or lower, the annotation is not required, but we recommend that you update your target version and add the annotation for additional security.

---

### IN THIS DOCUMENT

Important Behavior Changes
Daydream
Secondary Displays
Lockscreen Widgets
Multiple Users
RTL Layout Support
Nested Fragments
Renderscript

### SEE ALSO

API Differences Report »

---

**Declare your app API Level**

To better optimize your app for devices running Android 4.2, you should set your targetSdkVersion (/guide/topics/manifest/uses-sdk-element.html#target) to "17", install it on an Android 4.2 system image, test it, then publish an update with this change.

You can use APIs in Android 4.2 while also supporting older versions by adding conditions to your code that check for the system API level before executing APIs not supported by your minSdkVersion (/guide/topics/manifest/uses-sdk-element.html#min). To learn more about maintaining backward-compatibility, read Creating Backward-Compatible UIs (/training/backward-compatible-ui/index.html).

More information about how API levels work is available in What is API Level? (/guide/topics/manifest/uses-sdk-element.html#ApiLevels)

Read more about <u>binding JavaScript code to Android code (/guide/webapps/webview.html#BindingJavaScript)</u>.

## Daydream

Daydream is a new interactive screensaver mode for Android devices. It activates automatically when the device is inserted into a dock or when the device is left idle while plugged in to a charger (instead of turning the screen off). Daydream displays one dream at a time, which may be a purely visual, passive display that dismisses upon touch, or may be interactive and responsive to the full suite of input events. Your dreams run in your app's process and have full access to the Android UI toolkit, including views, layouts, and animations, so they are more flexible and powerful than either live wallpapers or app widgets.

You can create a dream for Daydream by implementing a subclass of <u>DreamService (/reference/android/service/dreams/DreamService.html)</u>. The <u>DreamService (/reference/android/service/dreams/DreamService.html)</u> APIs are designed to be similar to those of <u>Activity (/reference/android/app/Activity.html)</u>. To specify the UI for your dream, pass a layout resource ID or <u>View (/reference/android/view/View.html)</u> to <u>setContentView() (/reference/android/service/dreams/DreamService.html#setContentView(android.view.View))</u> at any point after you have a window, such as from the <u>onAttachedToWindow() (/reference/android/service/dreams/DreamService.html#onAttachedToWindow())</u> callback.

The <u>DreamService (/reference/android/service/dreams/DreamService.html)</u> class provides other important lifecycle callback methods on top of the base <u>Service (/reference/android/app/Service.html)</u> APIs, such as <u>onDreamingStarted() (/reference/android/service/dreams/DreamService.html#onDreamingStarted())</u>, <u>onDreamingStopped() (/reference/android/service/dreams/DreamService.html#onDreamingStopped())</u>, and <u>onDetachedFromWindow() (/reference/android/service/dreams/DreamService.html#onDetachedFromWindow())</u>. You cannot initiate a <u>DreamService (/reference/android/service/dreams/DreamService.html)</u> from your app—it is launched automatically by the system.

If your dream is interactive, you can start an activity from the dream to send the user into your app's full UI for more detail or control. You can use <u>finish() (/reference/android/service/dreams/DreamService.html#finish())</u> to end the dream so the user can see the new Activity.

To make your daydream available to the system, declare your <u>DreamService (/reference/android/service/dreams/DreamService.html)</u> with a <u><service> (/guide/topics/manifest/service-element.html)</u> element in your manifest file. You must then include an intent filter with the action `"android.service.dreams.DreamService"`. For example:

```
<service android:name=".MyDream" android:exported="true"
    android:icon="@drawable/dream_icon" android:label="@string/dream_label" >
    <intent-filter>
        <action android:name="android.service.dreams.DreamService" />
        <category android:name="android.intent.category.DEFAULT" />
    </intent-filter>
</service>
```

There are some other useful methods in <u>DreamService (/reference/android/service/dreams/DreamService.html)</u> to be aware of:

- `setInteractive(boolean)` controls whether the dream receives input events or exits immediately upon user input. If the dream is interactive, the user may use the *Back* or *Home* buttons to exit the dream or you can call `finish()` to stop the dream.
- If you want a fully immersive display, you can call `setFullscreen()` to hide the status bar.
- Before Daydream starts, the display dims to signal to the user that the idle timeout is approaching. Calling `setScreenBright(true)` allows you to instead set the display at its usual brightness.

For more information, see the <u>DreamService (/reference/android/service/dreams/DreamService.html)</u>

documentation.

# Secondary Displays

Android now allows your app to display unique content on additional screens that are connected to the user's device over either a wired connection or Wi-Fi. To create unique content for a secondary display, extend the Presentation (/reference/android/app/Presentation.html) class and implement the onCreate() (/reference/android/app/Dialog.html#onCreate(android.os.Bundle)) callback. Within onCreate() (/reference/android/app/Dialog.html#onCreate(android.os.Bundle)), specify your UI for the secondary display by calling setContentView() (/reference/android/app/Dialog.html#setContentView(android.view.View)). As an extension of the Dialog (/reference/android/app/Dialog.html) class, the Presentation (/reference/android/app/Presentation.html) class provides the region in which your app can display a unique UI on the secondary display.

To detect secondary displays where you can display your Presentation (/reference/android/app/Presentation.html), use either the DisplayManager (/reference/android/hardware/display/DisplayManager.html) or MediaRouter (/reference/android/media/MediaRouter.html) APIs. While the DisplayManager (/reference/android/hardware/display/DisplayManager.html) APIs allow you to enumerate multiple displays that may be connected at once, you should usually use MediaRouter (/reference/android/media/MediaRouter.html) instead to quickly access the system's default display for presentations.

To get the default display for your presentation, call MediaRouter.getSelectedRoute() (/reference/android/media/MediaRouter.html#getSelectedRoute(int)) and pass it ROUTE_TYPE_LIVE_VIDEO (/reference/android/media/MediaRouter.html#ROUTE_TYPE_LIVE_VIDEO). This returns a MediaRouter.RouteInfo (/reference/android/media/MediaRouter.RouteInfo.html) object that describes the system's currently selected route for video presentations. If the MediaRouter.RouteInfo (/reference/android/media/MediaRouter.RouteInfo.html) is not null, call getPresentationDisplay() (/reference/android/media/MediaRouter.RouteInfo.html#getPresentationDisplay()) to get the Display d display.

Android Developers  ❯  **Android 4.2 APIs**

ference/android/view/Display.html) object to a constructor for your Presentation (/reference/android/app/Presentation.html) class. Your presentation will now appear on the secondary display.

To detect at runtime when a new display has been connected, create an instance of MediaRou ... SimpleCallback (/reference/android/media/MediaRouter.SimpleCallback.html) in which you implement the onRoutePresentationDisplayChanged() (/reference/android/media/MediaRouter.Callback.html#onRoutePresent ter, android.media.MediaRouter.RouteInfo)) callback method, which th ... display is connected. Then register the MediaRouter.SimpleCallback (/reference/android/media/MediaRouter.SimpleCallback.html) by passi ... (/reference/android/media/MediaRouter.html#addCallback(int, andro ... the ROUTE_TYPE_LIVE_VIDEO (/reference/android/media/MediaRouter. ... When you receive a call to onRoutePresentationDisplayChanged() (/reference/android/media/MediaRouter.Callback.html#onRoutePresentationDisplayChang ter, android.media.MediaRouter.RouteInfo)), simply call MediaRouter.getSelectedRout (/reference/android/media/MediaRouter.html#getSelectedRoute(int)) as mentioned above

Welcome



Honeycomb
Ice Cream Sandwich
Android 4.1 APIs
**Android 4.2 APIs**
Android 4.3 APIs
Jelly Bean

SimpleCallback

iroid.media.MediaRou

new presentation

ldCallback()

lback)) along with

IDEO) route type.

iroid.media.MediaRou

To further optimize the UI in your Presentation (/reference/android/app/Presentation.html) for secondary screens, you can apply a different theme by specifying the android:presentationTheme (/reference/android/R.attr.html#presentationTheme) attribute in the <style> (/guide/topics/resources/style-resource.html) that you've applied to your application or activity.

Keep in mind that screens connected to the user's device often have a larger screen size and likely a different screen density. Because the screen characteristics may different, you should provide resources that are optimized specifically for such larger displays. If you need to request additional resources from your Presentation

(/reference/android/app/Presentation.html), call getContext()
(/reference/android/app/Dialog.html#getContext()).getResources()
(/reference/android/content/Context.html#getResources()) to get the Resources
(/reference/android/content/res/Resources.html) object corresponding to the display. This provides the appropriate resources from your app that are best suited for the secondary display's screen size and density.

For more information and some code samples, see the Presentation (/reference/android/app/Presentation.html) class documentation.

## Lockscreen Widgets

Android now allows users to add app widgets to the lock screen. To make your App Widget (/guide/topics/appwidgets/index.html) available for use on the lock screen, add the android:widgetCategory (/reference/android/appwidget/AppWidgetProviderInfo.html#widgetCategory) attribute to your XML file that specifies the AppWidgetProviderInfo (/reference/android/appwidget/AppWidgetProviderInfo.html). This attribute supports two values: home_screen and keyguard. By default, the attribute is set to home_screen so users can add your app widget to the Home screen. If you want your app widget to be also available on the lock screen, add the keyguard value:

```
<appwidget-provider xmlns:android="http://schemas.android.com/apk/res/android">
    ...
    android:widgetCategory="keyguard|home_screen">
</appwidget-provider>
```

You should also specify an initial layout for your app widget when on the lock screen with the android:initialKeyguardLayout (/reference/android/appwidget/AppWidgetProviderInfo.html#initialKeyguardLayout) attribute. This works the same way as the android:initialLayout (/reference/android/appwidget/AppWidgetProviderInfo.html#initialLayout), in that it provides a layout that can appear immediately until your app widget is initialized and able to update the layout.

For more information about building app widgets for the lock screen, including to properly size your app widget when on the lock screen, see the App Widgets (/guide/topics/appwidgets/index.html#lockscreen) guide.

## Multiple Users

Android now allows multiple user spaces on shareable devices such as tablets. Each user on a device has his or her own set of accounts, apps, system settings, files, and any other user-associated data.

As an app developer, there's nothing different you need to do in order for your app to work properly with multiple users on a single device. Regardless of how many users may exist on a device, the data your app saves for a given user is kept separate from the data your app saves for other users. The system keeps track of which user data belongs to the user process in which your app is running and provides your app access to only that user's data and does not allow access to other users' data.

### Saving data in a multi-user environment

Whenever your app saves user preferences, creates a database, or writes a file to the user's internal or external storage space, that data is accessible only while running as that user.

To be certain that your app behaves properly in a multi-user environment, do not refer to your internal app directory or external storage location using hard-coded paths and instead always use the appropriate APIs:

* For access to internal storage, use getFilesDir(), getCacheDir(), or openFileOutput().
* For access to external storage, use getExternalFilesDir() or getExternalStoragePublicDirectory().

No matter which of these APIs you use to save data for a given user, the data will not be accessible while running as a different user. From your app's point of view, each user is running on a completely separate device.

### Identifying users in a multi-user environment

If your app wants to identify unique users such as to gather analytics or create other account associations, you should follow the recommended practices for identifying unique installations (http://android-developers.blogspot.com/2011/03/identifying-app-installations.html). By creating a new UUID (/reference/java/util/UUID.html) when your app starts for the first time, you're certain to obtain a unique ID for tracking each user, regardless of how many users install your app on a single device. Alternatively, you can save a local token fetched from your server or use the registrations ID provided by Google Cloud Messaging (/google/gcm/index.html).

Beware that if your app requests one of the hardware device identifiers (such as the WiFi MAC address, the SERIAL (/reference/android/os/Build.html#SERIAL) number, or the ANDROID_ID (/reference/android/provider/Settings.Secure.html#ANDROID_ID) number), they will provide the same value for each user because these identifiers are tied to the hardware and not the user. Not to mention the other problems these identifiers introduce as discussed in the Identifying App Installations (http://android-developers.blogspot.com/2011/03/identifying-app-installations.html) blog post.

### New Global Settings

The system settings have been updated to support multiple users with the addition of Settings.Global (/reference/android/provider/Settings.Global.html). This collection of settings is similar to Settings.Secure (/reference/android/provider/Settings.Secure.html) settings because they are read-only, but applies globally across all user spaces on the device.

Several existing settings were relocated here from either Settings.System (/reference/android/provider/Settings.System.html) or Settings.Secure (/reference/android/provider/Settings.Secure.html). If your app is currently making changes to settings previously defined in Settings.System (/reference/android/provider/Settings.System.html) (such as AIRPLANE_MODE_ON (/reference/android/provider/Settings.System.html#AIRPLANE_MODE_ON), then you should expect that doing so will no longer work on a device running Android 4.2 or higher if those settings were moved to Settings.Global (/reference/android/provider/Settings.Global.html). You can continue to read settings that are in Settings.Global (/reference/android/provider/Settings.Global.html), but because the settings are no longer considered safe for apps to change, attempting to do so will fail silently and the system will write a warning to the system log when running your app on Android 4.2 or higher.

## RTL Layout Support

Android now offers several APIs that allow you to build user interfaces that gracefully transform layout orientation to support languages that use right-to-left (RTL) UIs and reading direction, such as Arabic and Hebrew.

To begin supporting RTL layouts in your app, set the android:supportsRtl (/reference/android/R.attr.html#supportsRtl) attribute to the <application> element in your manifest file and set it "true". Once you enable this, the system will enable various RTL APIs to display your app with RTL layouts. For instance, the action bar will show the icon and title on the right side and action buttons on the left, and any layouts you've created with the framework-provided View (/reference/android/view/View.html) classes will also be reversed.

If you need to further optimize the appearance of your app when displayed with an RTL layout, there are two basic levels of optimization:

1. Convert left- and right-oriented layout properties to start- and end-oriented layout properties.

   For example, use android:layout_marginStart (/reference/android/R.attr.html#layout_marginStart) in place of android:layout_marginLeft and android:layout_marginEnd (/reference/android/R.attr.html#layout_marginEnd) in place of android:layout_marginRight.

   The RelativeLayout (/reference/android/widget/RelativeLayout.html) class also provides the corresponding layout attributes to replace left/right positions, such as android:layout_alignParentStart to replace android:layout_alignParentLeft and android:layout_toStartOf instead of android:layout_toLeftOf.

2. Or to provide complete optimization for RTL layouts, you can provide entirely separate layout files using the `ldrtl` resource qualifier (`ldrtl` stands for layout-direction-right-to-left}). For example, you can save your default layout files in `res/layout/` and your RTL optimized layouts in `res/layout-ldrtl/`.

   The `ldrtl` qualifier is great for drawable resources, so that you can provide graphics that are oriented in the direction corresponding to the reading direction.

Various other APIs are available across the framework to support RTL layouts, such as in the View (/reference/android/view/View.html) class so that you can implement the proper behaviors for custom views and in Configuration (/reference/android/content/res/Configuration.html) to query the current layout direction.

Note: If you are using SQlite and have tables or column names that are "number only," be careful: using String.format(String, Object...) (/reference/java/lang/String.html#format(String, Object..)) can lead to errors where the numbers have been converted to their Arabic equivalents if your device has been set to the Arabic locale. You must use String.format(Locale,String,Object...) (/reference/java/lang/String.html#format(Locale,String,Object..)) to ensure numbers are preserved as ASCII. Also use String.format("%d", int) (/reference/java/lang/String.html#format(String,int)) instead of using String.valueOf(int) (/reference/java/lang/String.html#valueOf(int)) for formatting numbers.

## Nested Fragments

You can now embed fragments inside fragments. This is useful for a variety of situations in which you want to place dynamic and re-usable UI components into a UI fragment that is itself dynamic and re-usable. For example, if you use ViewPager (/reference/android/support/v4/view/ViewPager.html) to create fragments that swipe left and right and consume a majority of the screen space, you can now insert fragments into each fragment page.

To nest a fragment, simply call getChildFragmentManager() (/reference/android/app/Fragment.html#getChildFragmentManager()) on the Fragment (/reference/android/app/Fragment.html) in which you want to add a fragment. This returns a FragmentManager (/reference/android/app/FragmentManager.html) that you can use like you normally do from the top-level activity to create fragment transactions. For example, here's some code that adds a fragment from within an existing Fragment (/reference/android/app/Fragment.html) class:

```
Fragment videoFragment = new VideoPlayerFragment();
FragmentTransaction transaction = getChildFragmentManager().beginTransaction();
transaction.add(R.id.video_fragment, videoFragment).commit();
```

From within a nested fragment, you can get a reference to the parent fragment by calling getParentFragment() (/reference/android/app/Fragment.html#getParentFragment()).

The Android Support Library also now supports nested fragments, so you can implement nested fragment designs on Android 1.6 and higher.

Note: You cannot inflate a layout into a fragment when that layout includes a `<fragment>`. Nested fragments are only supported when added to a fragment dynamically.

## Renderscript

Renderscript computation functionality has been enhanced with the following features:

**Script intrinsics**

    You can use Renderscript's built-in script intrinsics that implement common operations for you such as:

- Blends
- Blur
- Color matrix

- [3x3 convolve](#)
- [5x5 convolve](#)
- [Per-channel lookup table](#)
- [Converting an Android YUV buffer to RGB](#)

To use a script intrinsic, call the static `create()` method of each instrinsic to create an instance of the script. You then call the available `set()` methods of each script intrinsic to set any necessary inputs and options. Finally, call the `forEach() (/reference/android/renderscript/Script.html#forEach(int, android.renderscript.Allocation, android.renderscript.Allocation, android.renderscript.FieldPacker))` method to execute the script.

## Script Groups

`ScriptGroup (/reference/android/renderscript/ScriptGroup.html)`s allow you to chain together related Renderscript scripts and execute them with one call.

Use a `ScriptGroup.Builder (/reference/android/renderscript/ScriptGroup.Builder.html)` to add all of the scripts to the group by calling `addKernel() (/reference/android/renderscript/ScriptGroup.Builder.html#addKernel(android.renderscript.Script.KernelID))`. Once you add all the scripts, create the connections between the scripts by calling `addConnection() (/reference/android/renderscript/ScriptGroup.Builder.html#addConnection(android.renderscript.Type, android.renderscript.Script.KernelID, android.renderscript.Script.FieldID))`. When you are done adding the connections, call `create() (/reference/android/renderscript/ScriptGroup.Builder.html#create())` to create the script group. Before executing the script group, specify the input `Allocation (/reference/android/renderscript/Allocation.html)` and initial script to run with the `setInput(Script.KernelID, Allocation) (/reference/android/renderscript/ScriptGroup.html#setInput(android.renderscript.Script.KernelID, android.renderscript.Allocation))` method and provide the output `Allocation (/reference/android/renderscript/Allocation.html)` where the result will be written to and final script to run with `setOutput() (/reference/android/renderscript/ScriptGroup.html#setOutput(android.renderscript.Script.KernelID, android.renderscript.Allocation))`. Finally, call `execute() (/reference/android/renderscript/ScriptGroup.html#execute())` to run the script group.

## Filterscript

Filterscript defines constraints on the existing Renderscript APIs that allow the resulting code to run on a wider variety of processors (CPUs, GPUs, and DSPs). To create Filterscript files, create `.fs` files instead of `.rs` files, and specify `#pragma rs_fp_relaxed` to tell the Renderscript runtime your scripts do not require strict IEEE 754-2008 floating point precision. This precision allows flush-to-zero for denorms and round-towards-zero. In addition, your Filterscript scripts must not use 32-bit built-in types and must specify a custom root function by using the `__attribute__((kernel))` attribute because Filterscript does not support pointers, which the default signature of the `root()` function defines.

> **Note:** Although Filterscript support is in the platform, developer support will be available in ADT and SDK Tools Release 21.0.1.

For a detailed view of all API changes in Android 4.2, see the [API Differences Report (/sdk/api_diff/17/changes.html)](#).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 6, 2014, I electronically filed the foregoing

DECLARATION OF JAMES A. LAMBERTH IN SUPPORT OF MOTION TO

DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT with the

Clerk of Court using the CM/ECF system, which will send a notice of electronic

filing to the following counsel of record:

      Jennifer Auer Jordan
      THE JORDAN FIRM, LLC
      Suite 880
      1447 Peachtree Street, N.E.
      Atlanta, GA 30309

      Benjamin H. Richman
      Rafey S. Balabanian
      James Dominick Larry
      EDELSON PC
      350 North LaSalle Street, Suite 1300
      Chicago, IL 60654

This 6th day of June, 2014.

                      /s/ James. A. Lamberth
                      James A. Lamberth
                      Georgia Bar No. 431851
                      TROUTMAN SANDERS LLP
                      600 Peachtree Street, N.E., Suite 5200
                      Atlanta, Georgia  30308-2256
                      (404) 885-3000 (voice)
                      (404) 962-3900 (facsimile)

22404467v1