IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE CARTOON NETWORK, INC., a Delaware corporation,<br><br>*Defendant* | Case No. 1:14-cv-00484-TWT |

## ORDER

Having considered the parties' Consent Motion for Leave to File Oversized Briefs (the "Motion"), the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

(1) Plaintiff is granted leave to file a Response in Opposition to Defendant's Motion to Dismiss consisting of up to 30 pages;

(2) Plaintiff is granted leave to file his Response in Opposition to Defendant's Motion to Dismiss in excess of 25 pages, *instanter*; and

(3) Defendant is granted leave to file a Reply in Support of its Motion to Dismiss of up to 20 pages.

**SO ORDERED** this 8th day of July, 2014.


                                        /s/Thomas W. Thrash
                                        THOMAS W. THRASH, JR.
                                        UNITED STATES DISTRICT JUDGE

Stipulated to by:

s/ J. Dominick Larry

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jennifer Auer Jordan
Georgia Bar No. 027857
jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 30309
Tel: 404.445.8400
Fax: 404.445.8477

***Attorneys for Plaintiff Mark Ellis and the Putative Class***

s/ Jeffrey G. Landis

Marc J. Zwillinger (*pro hac vice*)
marc@zwillgen.com
Jonathan S. Frankel (*pro hac vice*)
jon@zwillgen.com
Jeffrey G. Landis (*pro hac vice*)
jeff@zwillgen.com
Tel: 202.296.3585

James A. Lamberth
Georgia Bar No. 431851
james.lamberth@troutmansanders.com
Alan W. Bakowski
Georgia Bar No. 373002
alan.bakowski@troutmansanders.com
TROUTMAN SANDERS LLP
600 Peachtree Street, N.E., Suite 5200
Atlanta, Georgia  30308-2256
Tel: 404.885.3000
Fax: 404.962.3900

*Attorneys for Defendant The Cartoon Network, Inc.*