UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARK ELLIS
individually and on behalf of all others
similarly situated,
        Plaintiff,

vs.

THE CARTOON NETWORK, INC.
A Delaware corporation
        Defendant.

CIVIL ACTION FILE

NO. 1:14-cv-484-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of the Defendant's Motion to Dismiss and the court having granted said motion, it is

**Ordered and Adjudged** that the defendant recover it's cost of this action, and this action be **DISMISSED**.

Dated at Atlanta, Georgia, this 8th day of October, 2014.

        JAMES N. HATTEN
        CLERK OF COURT

By:    S/Jill Ayers
       Jill Ayers, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 8, 2014
James N. Hatten
Clerk of Court

By:  S/Jill Ayers
     Deputy Clerk