IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK ELLIS, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>THE CARTOON NETWORK, INC., a Delaware corporation,<br><br>*Defendant*. | Case No. 1:14-cv-00484-TWT<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Mark Ellis, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order granting Defendant's Motion to Dismiss Plaintiff's Amended Class Action Complaint (Dkt. 35), and from the Judgment of the United States District Court for the Northern District of Georgia in favor of Defendant (Dkt. 36), both of which were entered in this action on the 8th day of October, 2014.

Dated: November 5, 2014
s/ J. Dominick Larry
One of Plaintiff's Attorneys

Rafey S. Balabanian (*pro hac vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*pro hac vice*)
brichman@edelson.com
J. Dominick Larry (*pro hac vice*)
nlarry@edelson.com

1

EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Tel: 312.589.6370
Fax: 312.589.6378

Jennifer Auer Jordan
Georgia Bar No. 027857
jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, GA 30309
Tel: 404.445.8400
Fax: 404.445.8477

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I, J. Dominick Larry, an attorney, hereby certify that on November 5, 2014, I electronically filed the above and foregoing *Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ J. Dominick Larry