# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN  
DISTRICT COURT EXECUTIVE  
AND CLERK OF COURT

DOCKETING SECTION  
404-215-1655

November 6, 2014

John Ley, Clerk of Court  
U.S. Court of Appeals, Eleventh Circuit  
56 Forsyth Street, N.W.  
Atlanta, Georgia   30303

     **U.S.D.C. No.:** 1:14-cv-0484-TWT  
     **U.S.C.A. No.:** 00-00000-00  
     In re:    *Mark Ellis v. The Cartoon Network, Inc.*

    Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| X | **Certified copies of the Notice of Appeal, Docket Sheet, Judgment and Order appealed enclosed.** |
| | This is not the first notice of appeal.  Other notices were filed on: . |
| X | **There is no transcript.** |
| | The court reporter is . |
| | There is sealed material as described below: . |
| | Other: . |
| X | **Fee paid on 11/5/14; Receipt Number 113E-5485459.** |
| | Appellant has been  leave to file *in forma pauperis.* |
| | This is a bankruptcy appeal.  The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| X | **The United States District Judge is Thomas W. Thrash, Jr.** |
| | This is a **DEATH PENALTY** appeal. |

                                                    Sincerely,

                                                  James N. Hatten  
                                                  District Court Executive  
                                                  and Clerk of Court

                                          By:   /s/ Kimberly Carter  
                                                     Deputy Clerk

Enclosures